1  BARRY J. PORTMAN
   Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant CAMACHO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-00303 PSG |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING HEARING DATE |
| vs. ) | TO JANUARY 26, 2012, AND |
| ) | EXCLUDING TIME UNDER THE SPEEDY |
| OSCAR CAMACHO, SR. ) | TRIAL ACT |
| ) | |
| Defendant. ) | |
| _____) | |

**STIPULATION**

Defendant Oscar Camacho Sr., by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Assistant United States Attorney Eumi Choi, hereby stipulate that, with the Court's approval, the status hearing currently set for Thursday, December 1, 2011, at 9:30 a.m., shall be continued to Thursday, January 26, 2012, at 9:30 a.m.

The reason for the requested continuance is, defense counsel's review of the additional discovery provided remains on-going, as well as defense counsel's investigation and legal research with respect to issues that are potentially relevant to Mr. Camacho's defense. Accordingly, the parties agree that the time between December 1, 2011, and January 26, 2012, may be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for

Stipulation and [Proposed] Order Continuing
Hearing                                       1

effective preparation by defense counsel.

Dated: November 30, 2011

                                                            _____/s/_____
                                                            VARELL L. FULLER
                                                            Assistant Federal Public Defender

Dated: November 30, 2011             _____/s/_____
                                              EUMI CHOI
                                              Assistant United States Attorney

## [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for Thursday, December 1, 2011, shall be continued to Thursday, January 26, 2012, at 9:30 a.m.

THE COURT FINDS that failing to exclude the time between December 1, 2011, and January 26, 2012, would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(B)(iv).

THE COURT FINDS that the ends of justice served by excluding the time between December 1, 2011, and January 26, 2012, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between December 1, 2011, and January 26, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: November 30, 2011                               _____
                                                            THE HONORABLE PAUL S. GREWAL
                                                            United States Magistrate Judge